IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO FAUCET SHOPPE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ WATERS NORTH AMERICA INC.,<br><br>Defendant. | No. 12 cv 8119<br>Judge John J. Tharp, Jr.<br>Magistrate Judge Cole |

## STIPULATION OF DISMISSAL

Now come the parties to the foregoing cause by their respective attorneys and herewith stipulate pursuant to Fed. R. Civ. P. 41(a) that all disputes and causes of action between the plaintiff The Chicago Faucet Shoppe, Inc., and the defendant Nestlé Waters North America Inc., are hereby dismissed with prejudice, each party to bear its respective costs.

Dated: 3/13/       , 2014

Respectfully submitted,

Richard E. Shevitz, (admitted *pro hac vice*)
Lynn A. Toops, (admitted *pro hac vice*)
COHEN & MALAD, LLP
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2495
rshevitz@cohenandmalad.com
ltoops@cohenandmalad.com

Michael J. Newman
5225 Old Orchard Rd., Suite 5
Skokie, IL 60077
Telephone: (847) 673-4003
Facsimile: (847) 673-4007
michael@mjnlawoffices.com

*Counsel for Plaintiff*

Sarah R. Wolff, ARDC No.: 3123733
David Z. Smith, ARDC No. 6256687
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
swolff@reedsmith.com
dzsmith@reedsmith.com

Jeffrey M. Garrod (admitted *pro hac vice*)
ORLOFF, LOWENBACH, STIFELMAN &
SIEGEL, P.A.
101 Eisenhower Parkway - 4th Floor
Roseland, New Jersey 07068-1097
JMG@olss.com

*Counsel for Defendant*

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I, Richard Shewitz certify that on March 13, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties counsel registered with the CM/ECF system.

/s/ _____